■ BARCO AUTO LEASING CORP., Respondent, v FIRST HUDSON EQUIPMENT LEASING CORP. et al., Appellants. [628 NYS2d 564] —Appeal by the defendants from a judgment of the Supreme Court, Nassau County (Brucia, J.), entered December 14, 1993.

Ordered that the judgment is affirmed, without costs or disbursements, for reasons stated by Justice Brucia at the Supreme Court. Sullivan, J. P., Miller, Copertino, Joy and Friedmann, JJ., concur.